MICHAEL J. STORTZ (SBN 139386)
michael.stortz@dbr.com
MARSHALL L. BAKER (SBN 300987)
marshall.baker@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:   (415) 591-7500
Facsimile:   (415) 591-7510

STEPHEN C. BAKER (*pro hac vice*)
stephen.baker@dbr.com
TIMOTHY J. O'DRISCOLL (*pro hac vice*)
timothy.odriscoll@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Telephone:   (215) 988-2700
Facsimile:   (215) 988-2757

Attorneys for Defendant
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANFORD J. WISHNEV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a Wisconsin corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:15-CV-3797-EMC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO MARCH 24, 2016 |

Defendant The Northwestern Mutual Life Insurance Company's Motion for Administrative Relief to Continue Case Management Conference to March 24, 2016 (the "Motion"), was deemed submitted for immediate determination on February 24, 2016, the Court, for good cause shown, hereby **GRANTS** Defendant's Motion.

**IT IS FURTHER ORDERED** that the Case Management Conference currently scheduled for March 3, 2016, is continued to March 24, 2016 and will occur at the same time as hearing of Defendant's Motion to Certify for Immediate Appeal the Court's Order denying Defendant's Motion to Dismiss and for Stay Pending Appeal.

Date: February 23, 2016

_____
Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE

Drinker Biddle & Reath LLP
Attorneys At Law
San Francisco

[Proposed] Order Granting Continuance of Case Management Conference to March 24, 2016 — - 2 - — Case No. 3:15-CV-3797-EMC