MICHAEL J. STORTZ (SBN 139386)
michael.stortz@dbr.com
MARSHALL L. BAKER (SBN 300987)
marshall.baker@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:       (415) 591-7510

STEPHEN C. BAKER (*pro hac vice*)
stephen.baker@dbr.com
TIMOTHY J. O'DRISCOLL (*pro hac vice*)
timothy.odriscoll@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA  19103-6996
Telephone:     (215) 988-2700
Facsimile:       (215) 988-2757

Attorneys for Defendant
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANFORD J. WISHNEV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a Wisconsin corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:15-CV-3797-EMC<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE BY TWENTY EIGHT (28) DAYS; DECLARATION OF MARSHALL L. BAKER; [PROPOSED] ORDER** |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE THE CASE
MANAGEMENT CONFERENCE BY 28 DAYS

CASE NO. 3:15-CV-3797-EMC

Plaintiff Sanford Wishnev ("Plaintiff") and Defendant The Northwestern Mutual Life Insurance Company ("Northwestern Mutual") (collectively, the "Parties"), by and through their attorneys of record, hereby agree and stipulate to continue the Case Management Conference ("CMC") currently scheduled for June 2, 2016 as follows:

WHEREAS, on March 28, 2016 this Court granted Northwestern Mutual's Motion for Certification of Interlocutory Appeal and For Stay In Part Pending Appeal. *See* Dkt. No. 50;

WHEREAS, on April 7, 2016, Northwestern Mutual timely filed a petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) in the Ninth Circuit Court of Appeals (the "Petition"). *See Nw. Mut. Life Ins. Co. v. Sanford Wishnev*, No. 16-80045 (Apr. 7, 2016 9th Cir.));

WHEREAS, on April 18, 2016, Plaintiff filed its Opposition to the Petition. *See id.* Dkt. No. 10;

WHEREAS, on April 22, 2016, Northwestern Mutual sought leave to file a Reply in support of the Petition. *See id.* Dkt. No. 11;

WHEREAS, the briefing on the Petition is now closed, and the Parties are awaiting the Ninth Circuit's ruling;

WHEREAS, in light of the foregoing, the Parties agree that a brief twenty-eight (28) day continuance of the CMC is appropriate given the pending ruling by the Ninth Circuit;

WHEREAS, this brief continuance will not impact any other deadlines already set by the Court.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED:

The Case Management Conference currently scheduled for 10:30 a.m., June 2, 2016, is continued to June 30, 2016 at 10:30 a.m.

| | |
|---|---|
| Dated: May 27, 2016 | DRINKER BIDDLE & REATH LLP |
| | |
| | By: /s/ Marshall L. Baker |
| |     Michael J. Stortz |
| |     Marshall L. Baker |
| | |
| | Attorneys for Defendant |
| | THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY |
| | |
| Dated: May 27, 2016 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| | |
| | By: /s/ Robert M. Bramson |
| |     Robert M. Bramson |
| | |
| | Attorneys for Plaintiff |
| | SANFORD J. WISHNEV |

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Marshall L. Baker, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of May, 2016 in San Francisco, California.

        /s/ Marshall L. Baker
        Marshall L. Baker

## DECLARATION OF MARSHALL L. BAKER

I, Marshall L. Baker, declare as follows:

1. I am a member of the Bar of the State of California, admitted to practice before this Court, and an associate in the firm of Drinker Biddle & Reath LLP, attorneys of record for Defendant The Northwestern Mutual Life Insurance Company ("Northwestern Mutual") in the above-entitled action. Pursuant to Civil L.R. 6-2, I make this Declaration in support of Defendant's and Plaintiff Sanford J. Wishnev's ("Plaintiff") (collectively, the "Parties") for a continuance of the Case Management Conference ("CMC") currently scheduled for June 2, 2016. If called, I would testify to the matters set forth herein.

2. In light of the pending ruling on Northwestern Mutual's Petition for Interlocutory Appeal pursuant to 28 U.S.C §1292(b) (the "Petition"), the Parties met and conferred regarding a brief continuance of the CMC.

3. The Parties agreed that a ruling on the Petition was forthcoming and that a twenty-eight day continuance of the CMC was therefore appropriate.

4. The Parties request this continuance because it may provide sufficient time for the Ninth Circuit to issue its ruling and will not impact any deadlines already set by the Court or otherwise have any effect on the schedule of the case.

5. To date, the other time modifications in this case are as follows: on 8/31/2015, the Court granted the Parties' Stipulation As to Filing of the Amended Complaint and scheduled a response deadline for that pleading; on 11/05/2015, the Court reset the hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and reset the Case Management Conference to 11/20/2015; on 11/20/2015, the Court reset the Case Management Conference to 1/21/2016; on 01/12/2016, the Court reset the Case Management Conference to 3/3/2016; on 02/23/2016, the Court Granted the Defendant's Motion to Continue the Case Management Conference to 3/24/2016.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of May, 2016 at San Francisco, CA.

    /s/ Marshall L. Baker
    Marshall L. Baker

1
2
**[PROPOSED] ORDER**

3  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4
5
                5/31/16
6  Date: _____

7                                        Hon. Edward M. Chen
                                         UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28