1  MICHAEL J. STORTZ (SBN 139386)
   michael.stortz@dbr.com
2  MARSHALL L. BAKER (SBN 300987)
   marshall.baker@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  STEPHEN C. BAKER (*pro hac vice*)
   stephen.baker@dbr.com
7  TIMOTHY J. O'DRISCOLL (*pro hac vice*)
   timothy.odriscoll@dbr.com
8  DRINKER BIDDLE & REATH LLP
   One Logan Square, Ste. 2000
9  Philadelphia, PA  19103-6996
   Telephone:    (215) 988-2700
10 Facsimile:    (215) 988-2757

11 Attorneys for Defendant
   THE NORTHWESTERN MUTUAL LIFE
12 INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANFORD J. WISHNEV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a Wisconsin corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:15-CV-03797-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY AND CASE MANAGEMENT CONFERENCE; DECLARATION OF MICHAEL STORTZ** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE STAY AND CMC; STORTZ DECL.

CASE NO. 3:15-CV-03797-EMC

1       WHEREAS, on June 9, 2016, the Ninth Circuit Court of Appeals granted Defendant The Northwestern Mutual Life Insurance Company's ("Northwestern Mutual") petition to appeal this Court's Order denying Northwestern Mutual's motion to dismiss;

      WHEREAS, this action has been stayed since June 30, 2016, when this Court issued an order (Dkt. No. 69) staying the action "pending completion of the appellate review or further order";

      WHEREAS, appellate briefing in Northwestern Mutual's appeal has been complete since January 27, 2017, and oral argument is set for October 16, 2017;

      WHEREAS, in addition to Northwestern Mutual's appeal, there are two other appeals presenting the same issues pending in the Ninth Circuit: *Martin v. Metro. Life Ins. Co.*, No. 16-15690 (9th Cir. Apr. 15, 2016) and *Lujan v. New York Life Ins. Co.*, No. 16-16401 (9th Cir. Aug. 9, 2016);

      WHEREAS, appellate briefing in *Martin* and *Lujan* is also complete, and oral argument is also set for October 16, 2017 in those cases;

      WHEREAS, on March 10, 2017, this Court issued an Order (Dkt. No. 73) (1) continuing the next Case Management Conference from March 28, 2017 to September 28, 2017 at 10:30 a.m.; and (2) staying the action through the date of the Conference, September 28, 2017, "or pending further Order of the Court";

      WHEREAS, the Parties through counsel have met and conferred and agree that given the status of Northwestern Mutual's appeal, as well as the *Martin* and *Lujan* appeals, all of which are fully-briefed and awaiting oral argument, (1) the existing stay in this action should continue for six more months, unless earlier terminated by the Court upon request of one or both of the parties; and (2) the September 28, 2017 CMC should be continued for six months, unless earlier scheduled by the Court;

      WHEREAS, the requested continuance will not impact any other deadlines already set by the Court.

      THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties through their respective counsel as follows:

1. This action should remain stayed through March 29, 2018 or pending further Order of the Court; and

2. The Case Management Conference currently scheduled for September 28, 2017 should be continued to March 29, 2018 at 10:30 a.m., or such other date as the Court deems proper.

3. The parties shall file a Case Management Statement on or before March 22, 2018 or as hereafter ordered by the Court.

IT IS SO STIPULATED.

Dated: September 14, 2017                      DRINKER BIDDLE & REATH LLP


By: /s/ Michael J. Stortz
    Michael J. Stortz
    Marshall L. Baker

Attorneys for Defendant
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY


Dated: September 14, 2017                      BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP


By: /s/ Robert M. Bramson
    Robert M. Bramson

Attorneys for Plaintiff
SANFORD J. WISHNEV

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Michael J. Stortz, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of September, 2017 in Charleston, South Carolina.

                                                /s/ Michael J. Stortz
                                                Michael J. Stortz

**[PROPOSED] ORDER**

Pursuant to Stipulation, **IT IS SO ORDERED.** Further CMC is reset for 3/29/18 at 10:30 a.m. An updated joint CMC Statement shall be filed by 3/22/18.

Date: 9/19/17

Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE



# DECLARATION OF MICHAEL J. STORTZ

I, Michael J. Stortz, declare as follows:

1. I am an active member in good standing of the Bar of the State of California, admitted to practice before this Court, and a partner with the firm of Drinker Biddle & Reath LLP, attorneys of record for Defendant The Northwestern Mutual Life Insurance Company ("Northwestern Mutual") in the above-entitled action. I make this Declaration in support of the parties' Stipulation to Continue Stay and Case Management Conference. If called, I could and would testify to the matters set forth herein.

2. This action has been stayed since June 30, 2016. Since that time, Northwestern Mutual has pursued an appeal in the Ninth Circuit as to this Court's interlocutory Order denying Northwestern Mutual's motion to dismiss.

3. In Northwestern Mutual's appeal, the parties have filed their respective briefs, and appellate briefing has been complete since January 27, 2017. Oral argument is scheduled for October 16, 2017.

4. In addition to Northwestern Mutual's appeal, there are two other appeals presenting the same issues pending in the Ninth Circuit: *Martin v. Metro. Life Ins. Co.*, No. 16-15690 (9th Cir. Apr. 15, 2016) and *Lujan v. New York Life Ins. Co.*, No. 16-16401 (9th Cir. Aug. 9, 2016).

5. The appellate briefing in *Martin* and *Lujan* is also complete, and the parties in those appeals are also scheduled to appear for oral argument on October 16, 2017.

6. On March 2, 2017, the parties in the present action met and conferred though counsel and agreed to a continuance of the existing stay for six more months.

7. On March 10, 2017, this Court granted the parties' Stipulation and continued the stay through September 28, 2017 "or pending further Order of the Court." This Court also continued the next Case Management Conference from March 28, 2017 to September 28, 2017 at 10:30 a.m.

8. There is good cause to continue the stay for an additional six months, and to continue the September 28, 2017 Case Management Conference to March 29, 2018, as

1  Northwestern Mutual's appeal, *Martin*, and *Lujan* each present the same threshold questions of

2  law, the resolution of which may obviate the need for any further proceedings in this Court.

3      9.      The requested continuance will not impact any deadlines already set by the

4  Court.

5      10.     To date, the other time modifications in this case are as follows: on August 31,

6  2015, the Court approved the Parties' Stipulation As to Filing of the Amended Complaint; on

7  November 5, 2015, the Court reset the hearing on Northwestern Mutual's Motion to Dismiss

8  Plaintiff's First Amended Complaint and reset the Case Management Conference to November

9  20, 2015; on November 20, 2015, the Court again reset the Case Management Conference to

10 January 21, 2016; on January 12, 2016, the Court again reset the Case Management

11 Conference to March 3, 2016; on February 23, 2016, the Court granted Northwestern Mutual's

12 Motion to Continue the Case Management Conference to March 24, 2016; on May 31, 2016,

13 the Court approved the Parties' stipulated request to continue the Case Management

14 Conference to June 30, 2016; on March 2, 2017, the Court rescheduled the March 30, 2017

15 Case Management Conference for March 28, 2017; and on March 10, 2017, the Court

16 continued the Case Management Conference to September 28, 2017.

17     I declare under penalty of perjury under the laws of the United States of America that

18 the foregoing is true and correct. Executed this 14th day of September, 2017 at Charleston,

19 South Carolina.

21                                                          /s/ Michael J. Stortz
                                                         Michael J. Stortz