| | |
|---|---|
| 1 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| | Robert M. Bramson, (Bar No. 102006) |
| 2 | 2125 Oak Grove Road, Suite 125 |
| | Walnut Creek, California 94598 |
| 3 | Telephone: (925) 945-0200 |
| | rbramson@bramsonplutzik.com |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | SANFORD J. WISHNEV |

MATTHEW J. ADLER (SBN 273147)
Matthew.Adler@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco California 94111-4180
Telephone: 415-591-7500
Facsimile: 415-591-7510

TIMOTHY J. O'DRISCOLL (*pro hac vice*)
Timothy.ODriscoll@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

Attorneys for Defendant
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORD J. WISHNEV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a Wisconsin corporation,<br><br>Defendant. | Case No. 3:15-cv-3797-EMC<br><br>Honorable Edward M. Chen<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

CASE NO.: 3:15-CV-3797-EMC
78741

1    IT IS HEREBY STIPULATED, pursuant to Fed.R.Civ.Pro. 41(a)(1)(A), by and between plaintiff Sanford Wishnev and defendant The Northwestern Mutual Life Insurance Company, through their undersigned counsel, that plaintiff's claims and defendant's counterclaims are hereby dismissed WITH prejudice. This mutual dismissal is made for no other consideration. Each party will bear its own attorneys' fees and costs of suit.

**IT IS SO STIPULATED.**

Dated: February 6, 2020        BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

                                /s/   Robert M. Bramson
                                    Robert M. Bramson

                                Attorneys for Plaintiff
                                SANFORD J. WISHNEV

Dated: February 6, 2020        FAEGRE DRINKER BIDDLE & REATH LLP

                                /s/   Timothy J. O'Driscoll
                                    Timothy J. O'Driscoll

                                Attorneys for Defendant
                                THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

DATED: 2/7/2020

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 3:15-CV-3797-EMC
78741

1